UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,<br><br>　　　　Defendant. | Case No.  1:23-cv-00792-ADA-EPG<br><br>ORDER RE: JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 34). |

　　　　On November 22, 2023, the parties filed a joint motion for a stipulated dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 34). The parties also stipulate that "the Court may retain jurisdiction to enforce the settlement." (*Id.*, p. 2). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

　　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 27, 2023**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1